PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION



DOCKET NUMBER (Tran. Court)

FILED
U.S CLERKS OFFICE
U.S DISTRICT COURT E.D.N.Y

NOV 21 2005

DOCKET NUMBER (Rec. Court)

BROOKLYN OFFICE
AMON

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jason Edward Holley<br>2271 A Pacific Street<br>Brooklyn, NY 11233 | Southern District of Georgia | Augusta |
| | NAME OF SENTENCING JUDGE<br>Dudley H. Bowen, Jr. | POHORELSKY, M.J. |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>April 25, 2005 | TO<br>April 25, 2008 |

**OFFENSE**

18 U.S.C. 371 Conspiracy to make false statements in the acquisition of firearms and dealing in firearms without a license

18 U.S.C. 922 Dealing in firearms without a license

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Southern District of Georgia

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-28-2005
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

/s/ Hon. Carol B, Amon

2/15/06
_____
Effective Date

_____
United States District Judge